## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SCOTTY J, TROSCLAIR** | **CIVIL ACTION NO:** _____ |
| **VERSUS** | **JUDGE:** _____ |
| **OFFSHORE MARINE CONTRACTORS, INC.** | **MAGISTRATE JUDGE:** _____ |

TO:   The Honorable Judges of The United States District Court for the Eastern District of Louisiana and The Honorable Loretta G. Whyte, Clerk of Court:

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE, that defendant, Offshore Marine Contractors, Inc., ("Offshore Marine"), Defendant herein, pursuant to 28 U.S.C. §1441, et seq. hereby removes the case styled *"Scotty J. Trosclair v. Offshore Marine Contractors, Inc.."* bearing Civil Docket Number 118,258, Division. "E" on the docket of the Seventeenth Judicial District Court for the Parish of Lafourche, State of Louisiana ("the State Court Proceedings"), to this Honorable Court, the United States District Court for the Eastern District of Louisiana, on the following grounds:

1.

Offshore Marine Contractors, Inc. is a Louisiana Corporation whose principal place of business is located in Cut Off, Louisiana. Offshore Marine is a corporation who is either owner or owner *pro hac vice* of United States Coast Guard documented vessels which it operates in the navigable waters of the States of Louisiana and Texas, the United States of America, and other locations within the Gulf of Mexico.

2.

On or about August 22, 2011, Defendant was forwarded a copy of a Citation and Petition for Damages which was filed in the Seventeenth Judicial District Court, Parish of Lafourche, bearing Civil Docket Number 118,258, Division "E". Copies of the Citation and Petition filed in the Seventeenth Judicial District Court, Parish of Lafourche are attached to this notice as Exhibit "A".

3.

The first date upon which Offshore Marine received a copy of said Petition for Damages was August 22, 2011. The transmittal letter reflects service on the Louisiana Secretary of State, not the registered agent for service of process, on August 19, 2011.

4.

In accordance with the requirements of 28 U.S.C. §1446, this Notice of Removal was filed timely within 30 days after the service of the Citation and Petition on Defendant.

5.

The State Court Proceedings are pending in the Seventeenth Judicial District Court for the Parish of Lafourche, State of Louisiana, which is encompassed and embraced by the United States District Court for the Eastern District of Louisiana.  Pursuant to 28 U.S.C. § 1441(a), venue in this Court is proper.

6.

This matter is a civil action of which this Court has original jurisdiction pursuant to 28 U.S.C. §1331, and is one which may be removed to this Honorable Court by defendant pursuant to the provisions of 28 U.S.C. § 1441(b) in that it arises under 29 U.S.C. § 201, et. Seq. commonly known as the Fair Labor Standards Act of 1938, as amended.

8.

Pursuant to the administrative procedures of the United States District Court for the Eastern District of Louisiana, Offshore Marine attaches as an exhibit hereto a copy of the Civil Cover Sheet together with a copy of all of the state court pleadings served on defendant to date.

9.

Offshore Marine will give written notice of the filing of this Notice of Removal to all known counsel and further will provide notification of this filing to the Clerk of Court for the Seventeenth Judicial District Court for the Parish of Lafourche, State of Louisiana.

Respectfully Submitted,
**OFFSHORE MARINE CONTRACTORS, INC.**

s/ Martin S. Bohman
MARTIN S. BOHMAN, T.A.  (LSBA # 22005)
133 W. 113TH Street
Cut Off, Louisiana 70345
Telephone: (985) 632-7927
Facsimile: (985) 632-3704
MartinB@omci.biz

AND

**CARLETON | LORASO, L.L.C.**

s/ Victor R. Loraso, III
VICTOR R. LORASO, III  (LSBA #
CARMEN T. HEBERT  (LSBA # 33179)
9311 Bluebonnet Boulevard, Suite B
Baton Rouge, Louisiana 70810
Telephone: (225) 282-0602
vloraso@carletonloraso.com

***COUNSEL FOR DEFENDANT, OFFSHORE MARINE CONTRACTORS, INC.***

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2011, a copy of the foregoing *Notice of Removal* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's electronic filing system.

s/ Martin S. Bohman<br>
MARTIN S. BOHMAN